NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000910
24-NOV-2014
09:30 AM**

NO. CAAP-14-0000910

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CATHERINE H. WILSON, Plaintiff-Appellant, v.
DAVID M. WYLE, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-D NO. 13-1-0002)

ORDER APPROVING THE OCTOBER 31, 2014
STIPULATION TO DISMISS THE NOTICE OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation to Dismiss the
Notice of Appeal Filed on June 27, 2014" (Stipulation), which
this court construes as a stipulation to dismiss the appeal,
filed by Plaintiff-Appellant Catherine A. Wilson (**Appellant**), on
October 31, 2014, and the record, it appears that (1) Appellant
and Defendant-Appellee David M. Wyle stipulate to dismiss the
appeal; (2) the parties and their attorneys have signed the
stipulation; (3) the record on appeal has not been filed; and
(4) Hawaiʻi Rules of Appellate Procedure Rule 42(a) provides, "If
an appeal has not been docketed, the appeal shall be dismissed
upon the filing of a stipulation for dismissal signed by all the
parties."

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and Appeal No. CAAP-14-0000910 is dismissed.

DATED: Honolulu, Hawai'i, November 24, 2014.


Chief Judge


Associate Judge


Associate Judge